ALAN R. PLUTZIK (SBN 077785)
BRAMSON, PLUTZIK, MAHLER
  & BIRKHAEUSER, LLP
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
Tel: 925-945-0200; Fax: 925-945-8792
aplutzik@bramsonplutzik.com

*One of Counsel for Plaintiffs in No. 06-1221 (RS)*
[Other counsel for pltfs listed on signature page]

JENELLE WELLING (SBN 209480)
CHARLES D. MARSHALL (SBN 23644)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Tel: 415-477-6700; Fax: 415-477-6710
cand.uscourts@classcounsel.com

*Counsel for Plaintiffs in No. 06-2254 (RMW)*

HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415-442-1000; Fax: 415-442-1001
hholderness@morganlewis.com
tgreen@morganlewis.com

JOHN F. SCHULTZ (*pro hac vice*)
BARRY L. McCOY (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000; Fax: 215-963-5001
john.schultz@morganlewis.com
bmccoy@morganlewis.com

*Counsel for Defendant Hewlett-Packard Company in Nos. 06-1221 (RS) and 06-2254 (RMW)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

*E-FILED - 12/12/07*

| | |
|---|---|
| Michael Brothers *et al*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. 06-2254 (RMW)<br><br>**STIPULATION AND [xxxxxxxxxx] ORDER re. CONSOLIDATION & REASSIGNMENT FOR SETTLEMENT PURPOSES**<br><br>Date: October 26, 2007<br>Time: 9:00 a.m.<br>Before: The Honorable Ronald M. Whyte |
| In re Hewlett-Packard Co. Power Plug Litigation | Case No. 06-1221 (RS) |

WHEREAS the parties and their counsel in each of the above-captioned two cases, *In re Hewlett-Packard Co. Power Plug Litig.*, No. 06-1221 (RS) (the "Power Plug Lawsuit") and *Brothers et al. v.*

*Hewlett-Packard Co.*, No. 06-2254 (RMW) (the "Brothers Lawsuit"), have entered into a Stipulation of Settlement detailing a proposed settlement (the "Settlement") that covers both cases; and

WHEREAS the Power Plug Lawsuit and the Brothers Lawsuit are pending before two different judges; and

WHEREAS it would enhance judicial efficiency if all proceedings pertaining to the Settlement were to occur under the auspices of a single judge;

THEREFORE, the parties to the Power Plug Lawsuit and the Brothers Lawsuit stipulate as follows and request that the Courts enter the subjoined order:

1. For purposes of approving and effectuating the Settlement only, the Power Plug Lawsuit and Brothers Lawsuit are consolidated pursuant to Local Civil Rule 3-12(a). The case so consolidated is assigned to Judge Whyte and shall bear the following caption and case number:

| In re: HP Power Plug and Graphic Card Litigation | Case No. 06-2254 (RMW) |
|---|---|

2. All papers to be filed and all proceedings to be had relating to the Settlement shall be under this caption and case number.

3. In the event the Stipulation of Settlement is terminated pursuant to its terms, or the Effective Date[1] for any reason does not occur, the subjoined order consolidating the Power Plug Lawsuit and the Brothers Lawsuit shall be automatically vacated upon notice of the same to the Court, and both cases will proceed independently before Judges Seeborg and Whyte, respectively, and will return to the procedural status quo that existed prior to the entry of this order consolidating the cases for purposes of settlement.

4. The parties request that the Courts enter the order below. Notice of presentation is waived.

---

[1] Capitalized terms have the same meaning as in the Stipulation of Settlement.

Dated: October 22, 2007.

| | |
|---|---|
| BRAMSON, PLUTZIK, MAHLER<br>& BIRKHAEUSER, LLP<br><br>By:   /s/ Alan Plutzik (SBN 077785)<br><br>Thomas D. Mauriello (SBN 144811)<br>LAW OFFICES OF THOMAS D. MAURIELLO<br><br>*Co-Liaison Counsel for Pltfs in No. 06-1221 (RS)* | MORGAN, LEWIS & BOCKIUS LLP<br><br>By:   /s/ Barry L. McCoy (*pro hac vice*)<br><br>*Counsel for Defendant Hewlett-Packard Company in Nos. 06-1221 (RS) and 06-2254 (RMW)* |

Scott Kamber
KAMBER & ASSOCIATES, LLC

Antonio Vozzolo
FARUQI & FARUQI LLP

Clifford Cantor
LAW OFFICES OF
    CLIFFORD A. CANTOR, P.C.

*Co-Lead Counsel for Pltfs in No. 06-1221 (RS)*

    *   *   *

GREEN WELLING LLP

By:  _____/s/Charles Marshall_____
   Jenelle Welling (SBN 209480)
   Charles D. Marshall (SBN 23644)

*Counsel for Plaintiffs in No. 06-2254 (RMW)*

[xxxxxxxxxxxx] ORDER

IT IS SO ORDERED.

Dated  10/24              , 2007.

/s/ Richard Seeborg
_____
HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE